IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOVATEC, INC.                    :    CIVIL ACTION
                                 :
        v.                       :
                                 :
THE CONAIR GROUP, INC.           :    NO. 09-cv-02887-JF

ORDER

AND NOW, this 1st day of February 2010, IT IS ORDERED:

That the defendant's renewed motion to dismiss or, in the alternative, to transfer is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.